IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01461-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-20,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of John Doe 5 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) filed June 17, 2013 (ECF No. 13),   it is

ORDERED that Defendant John Doe 5 is **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  June 18, 2013

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge