IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01461-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-4, 6-20,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe 7 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) filed July 31, 2013 (ECF No. 15) and Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe 1 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) (ECF No. 16) filed August 5, 2013, it is

ORDERED that Defendants John Doe 1 and 7 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  August 6, 2013

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge