IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01461-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 2-4, 6, 8-20,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 16 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) and the Notice of Voluntary Dismissal With Prejudice of John Doe 12 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) filed August 30, 2013 (ECF Nos. 20 and 21), it is

ORDERED that John Doe 12 and 16 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  August 30, 2013

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge