IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01461-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 2-4, 6, 8-11, 13-15, 17-20,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 10 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) filed September 4, 2013 (ECF No. 23), it is

ORDERED that John Doe No. 10 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  September 4, 2013

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge