IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01461-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

      Plaintiff,

v.

JOHN DOES 2-4, 6, 8, 9, 11, 13-15, 17-20,

      Defendants.

---

**ORDER**

---

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Doe 4 Pursuant to Fed. R. Civ. P. 41(a)(1)(A) filed September 6, 2013 (ECF No. 25), it is

ORDERED that John Doe No. 4 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  September 9, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge