IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01461-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 2, 3, 6, 8, 9, 11, 13-15, 17-20,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Doe 2 and John Doe 3 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Voluntary Dismissal With Prejudice of John Doe 20 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed October 31, 2013 (ECF Nos. 30 and 31), it is

ORDERED that John Doe Nos. 2 and 3 are **DISMISSED WITHOUT PREJUDICE**, and John Doe No. 20 is **DISMISSED WITH PREJUDICE**.  These Defendants shall hereafter be taken off the caption.

Dated:  November 1, 2013

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge