IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01461-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

      Plaintiff,

v.

JOHN DOES 6, 8, 9, 11, 13-15, 17-19,

      Defendants.

---

**ORDER**

---

In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Doe 6 and John Doe 17 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 10, 2013 (ECF No. 36), it is

ORDERED that John Doe Nos. 6 and 17 are **DISMISSED WITHOUT PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  November 12, 2013

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge