IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01461-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 8, 9, 11, 13-15, 18-19,

    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal Without Prejudice of John Does 8, 9, 11, 13, 14, 15, and 19 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 26, 2013 (ECF No. 38), it is

ORDERED that John Does 8, 9, 11, 13, 14, 15, and 19 are **DISMISSED WITHOUT PREJUDICE**, and shall hereafter be taken off the caption.

Dated:  November 26, 2013

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior United States District Judge