IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01461-WYD-MEH

TCYK, LLC, a California Limited Liability Company,

    Plaintiff,

v.

JOHN DOE 18,

    Defendant.

## ORDER

In accordance with the Notice of Voluntary Dismissal With Prejudice of John Does 18 and the Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed November 27, 2013 (ECF No. 40), it is

ORDERED that John Doe 18 and this action are **DISMISSED WITH PREJUDICE**.

Dated:  November 27, 2013

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge